Pierre Smith 31215007
Name and Prisoner/Booking Number

UNITED STATES PENITENTIARY-TUCSON
Place of Confinement

P.O. BOX 24550
Mailing Address

TUCSON, ARIZONA 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓
RECEIVED
LODGED
COPY

JAN - 6 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PIERRE SEAN SMITH,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) DR. HIEDI-HAIGHT BIEHLER C/D,
(Full Name of Defendant)

(2) Health Services Administrator - BASS,

(3) CATRICIA HOWARD - WARDEN,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 4:21-CV-00262-RM-PSOT
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: UNITED STATES PENITENTIARY - TUCSON

## B. DEFENDANTS

1. Name of first Defendant: __Dr. Hiedi Haight Biehler__. The first Defendant is employed as: __Clinical Medical Director__ at __USP-Tucson__.
   (Position and Title)                          (Institution)

2. Name of second Defendant: __Bass__. The second Defendant is employed as: __Health Services Administrator__ at __USP-Tucson__.
   (Position and Title)                          (Institution)

3. Name of third Defendant: __Catricia Howard__. The third Defendant is employed as: __Warden__ at __USP-Tucson__.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D.  CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment to the United States Constitution</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My name is Pierre Smith. I am a medical care level 3 inmate with multiple chronic illnesses. (Care Level 3 is priority healthcare) I transferred from USP Terre Haute, Indiana January 12, 2020 to USP Tucson, Arizona. While in USP Terre Haute I was undergoing an Infusion Treatment Therapy called Remicade for my auto-immune disease Ankylosing Spondylitis/Fibromyalgia. My disease is incurable. This auto-immune cause excruciating and unrelenting pain from my neck, shoulders, upper, and lower back to my knees as well as my feet. My treatment was started at the beginning of 2018 thru November 2019. My first Port-A-Catheter failed, but was replaced on December 23, 2019 at Union Hospital by Dr. Mark Lynch Terre Haute Indiana. The Remicade Infusions Treatment Therapy was successful for treating my pain. The plan was to continue my Remicade Infusion Treatment once I arrived at USP Tucson. That was the reason Port-A-Catheter was placed in my upper left chest to continue Remicade Therapy. Months past. The Medical Dept. never once flushed my Port-A-Catheter to prepare me for my Remicade Treatment. I never recieved any type of pain management while waiting for my Remicade treatment. I suffered greatly for 14 months with excruciating pain.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The actions of Dr. Biehler shows clearly that violation of my constitutional rights were grossly violated by delaying my Remicade treatment. Also by letting me suffer for 14 months of pain because Port never was flushed once in those 14 months. (Negligence) Deliberately.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Page 3A
INJURY

My healthcare under the law was deliberately withheld and disregarded which made it a risk greatly to my health and safety. Dr. Biehler-Clinical Director was aware of this substantial risk to my health by letting me suffer in excruciating pain without pain management or treatment of any kind for 14 months. My Remicade treatment was delayed and also denied by USP Tucson Medical Department. Health Services Administrator-Bass was aware as well because she would have been the person to approve and sign-off on my Remicade Infusion Treatment. She did not. Catricia Howard-Warden was also made aware of my treatment she was the last person to sign-off for my treatment she did not. The order for my Remicade Infusion Treatment was written three times, by Dr. Tor ~~Airless~~ Northwest Rheumatology. Order written May 14, 2020, May 13, 2021 and again on 12/16/21. Still waiting for treatment. Pain overwhelming, mental & emotional stress.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____N/A_____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _N/A_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _N/A_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: _N/A_

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _N/A_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _N/A_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I AM SEEKING $350,000 JOINTLY AGAINST defendants DR. H.H. BIEHLER HEALTH SERVICES ADMINISTRATOR-BASS ALSO CATRICIA HOWARD WARDEN ALSO USP TUCSON MEDICAL STAFF OF THE BUREAU OF PRISONS. COMPENSATORY DAMAGES AS STATED IN THE AMOUNT OF $350,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER 30, 2021
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Cruel & Unusual punishment is a clear violation of my 8th Amendment Constitutional Rights under the law. Deliberate Indifference is also a violation under the Constitution. Both of those terrible violations did happen to me, while present at USP Tucson, Arizona.

*[signature]*
December 30, 2021