| | |
|---|---|
| 1 | GARY M. RESTAINO |
| 2 | United States Attorney<br>District of Arizona |
| 3 | DENISE ANN FAULK<br>Assistant U.S. Attorney |
| 4 | State Bar No. 12700<br>405 W. Congress Street, Suite 4800 |
| 5 | Tucson, Arizona  85701-5040<br>Telephone:  (520) 620-7300 |
| 6 | E-mail: denise.faulk@usdoj.gov<br>Attorneys for Defendants |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pierre Smith, | CV-21-00262-TUC-RM |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| Heidi Haight Biehler, et al., | |
| Defendants. | |

Defendants Haight-Biehler, Bass and Howard, by and through undersigned counsel, hereby provide notice that they appeal to the United States Court of Appeals for the Ninth Circuit from the order denying Defendants' Motion for Reconsideration entered on December 29, 2023 (Doc. 62), seeking reconsideration of the order denying Defendants' Motion to Dismiss entered on September 21, 2023 (Doc. 51).

RESPECTFULLY SUBMITTED:  February 27, 2024.

                                                GARY M. RESTAINO<br>                                                United States Attorney<br>                                                District of Arizona

                                                *s/ Denise Ann Faulk*<br>                                                DENISE ANN FAULK<br>                                                Assistant U.S. Attorney

1 | Copy of the foregoing served via
2 | first class mail on February 27, 2024, to:
3 | Pierre Smith
4 | 4700 W Coyle Rd., #203
  | Owings Mills, MD 21117
  | *Pro Se*
5 |
6 | *s/ L. Startup*
  | / NOA

- 2 -